UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>                Plaintiff,<br><br>              v.<br><br>EDUARDO MEDINA, as an individual and d/b/a drinks4almed, MARCIA MEDINA, as an individual and d/b/a drinks4almed, JACQUELINE MEDINA, as an individual and d/b/a drinks4almed, JOSEPHINA M. MEIJA, as an individual and d/b/a drinks4almed, JOSE A. MEDINA, as an individual and d/b/a drinks4almed, LEONARDO A. JOB, as an individual and d/b/a drinks4almed, MARIANNE JOB, as an individual and d/b/a drinks4almed, and UNKNOWN JOHN DOE(S) and JANE DOE(S),<br><br>              Defendants. | Case No. 16-cv-10018 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

This is to give notice that Emily E. Gianetta hereby withdraws her appearance on behalf of the Plaintiff, The Gillette Company.  Christopher M. Morrison will remain as counsel for the Plaintiff.

Date:  December 2, 2016

Respectfully submitted,

THE GILLETTE COMPANY

By: /s/ Emily E. Gianetta
Emily E. Gianetta (BBO# 687585)
JONES DAY
100 High Street, 21st Floor
Boston, MA  02110-1781
Telephone:  (617) 960-3939
Facsimile:   (617) 449-6999
egianetta@jonesday.com

2

**CERTIFICATE OF SERVICE**

    I, Emily E. Gianetta, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 2, 2016.

                                          /s/ Emily E. Gianetta
                                          Emily E. Gianetta